UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arman Shakhray,<br><br>        Plaintiff,<br><br>   v.<br><br>Capital Management Services, L.P.,<br><br>        Defendant. | No.  2:13-cv-00387-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on November 22, 2013, in which he states:

> [T]he parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

(Notice of Settlement 2:2-6, ECF No. 11.)

Therefore, a dispositional document shall be filed no later than January 21, 2014. See E.D. Cal. R. 160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional

1

papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: November 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge